CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2010

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SCOTT M. BOGER, | ) | |
| | ) | Civil Action No. 7:10cv00175 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN S.K. YOUNG, | ) | |
| | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that respondent's Motion to Dismiss is **GRANTED**, petitioner's petition is **DISMISSED**, and this action is **STRICKEN** from the court's docket.

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. §2253(c)(1) and **DENIES** a certificate of appealability.

**ENTER:** November 23, 2010.

_____
UNITED STATES DISTRICT JUDGE